IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELAINA LYNN HUYETT** | : |
| | : |
| **Plaintiff,** | : |
| | : Civil Action |
| v. | : |
| | : 11-cv-7228 |
| **CAROLN W. COLVIN, ACTING** | : |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| | : |
| **Defendants.** | : |

# ORDER

AND NOW, this 24th day of July 2014, upon consideration of plaintiff's motion for attorney fees under the Equal Access to Justice Act (doc. no 15), the Acting Commissioner's Response (doc. no. 18), and plaintiff's reply thereto (doc. no. 21), **IT IS HEREBY ORDERED**:

1. The motion is **GRANTED in part**;

2. Elaina Lynn Huyett is awarded **thirteen thousand one hundred sixty six dollars and sixty one cents** ($13,166.61) in attorney fees and costs under the Equal Access to Justice Act.

BY THE COURT,

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.